**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| UNITED STEEL WORKERS OF AMERICA, LOCAL 285, BRYAN ALBRIGHT, JAMIE WEIT, ANTHONY ARCUDI, P. MICHELLE ARCUDI, JAY BARR, SR., TRINA A. BARR, DONALD BARSHINGER, MINDY BARSHINGER, RICHARD BATES, CAROLE BATES, STEPHANIE BARKER, THE ESTATE OF LYNN BITZER, JENNIFER BITZER, KAREN BITZER, DAVID R. BOYD, JR., BRIAN BROMMER, MARIA BRUNO, THE ESTATE OF GENE COOPER, SANDRA COOPER, EUGENE CLARK, LINDA MARIE CLARK, MICHAEL DEATRICK, ERIC DEATRICK, JOSEPH DEMASCOLO, GARY FLOOD, RAY FREDERICK, YOLUNDA FREDERICK, KENNETH GANT, DENNIS GINGRICH, KAY GINGRICH, CLAYTON GINGRICH, TODD GRIFFIN, PAUL HEISEY, JR., EMILY HEISEY, ROBERTA HILTON, RONALD HOSSLER, VICKIE HOSSLER, CHAD HOSSLER, TIFFANY HOSSLER, CANDI ISSET, IN HER OWN RIGHT AND AS GUARDIAN AD LITEM OF KYLE ISETT AND ASHLYNN ISETT, DAVID KRANTZ, THE ESTATE OF DELMAR LANDIS, CHRISTOPHER LANDIS, TIMOTHY LANDIS, TERRY LEFEVER, MICHAEL LYNCH, CAROLE LYNCH, TIFFANY LYNCH, ROOSEVELT MCFADDEN, WILLIAM S. MCMICHAEL, CLAIRE MCMICHAEL, WILLIAM MCMICHAEL II, CHRISTOPHER MCMICHAEL, ANTONIUS MOUNTIS, MARIANTHY MOUNTIS, ANNA OLIVERA, IN HER OWN RIGHT AND GUARDIAN AD LITEM OF JAEL IRRIZARY AND DANIEL IZARRARY, JOHN C. OWENS, II, LINDA OWENS, LINDA TROUBLE-FIELD-OWNES, LORI PATTERSON, JOYCE A. PRICE, THE ESTATE OF JEFFREY C. RILEY, SHERRY RILEY, JOSE RIVERA, DONALD | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 657 MAL 2019 <br><br> Petition for Allowance of Appeal from the Order of the Superior Court |

ROBERTS, MARILYN ROBERTS, JASON ROBERTS, TODD ROBERTS, PAUL ROGERS, JUDY ROGERS, JOSEPH RUMBERGER, SHERREE RUMBERGER, KIMBERLY RUMBERGER, ILDEFONSO SANCHEZ, MARIA SANCHEZ, JEFFREY SAXINGER, JOANNE SAXINGER, MATTHEW SAXINGER, LEE SAXINGER, ANDREW SAXINGER, PETER SCHERER, STEVE SELLERS, DARRYL SENSENIG, MARY LOU SENSENIG, THE ESTATE OF GEORGE WENDLER, JUDY WENDLER, SCOTT WHAELN AND LEWIS WILSON,

Petitioners

v.

ARMSTRONG WORLD INDUSTRIES AND BRENNTAG NORTHEAST, INC.,

Respondents

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.